UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


United States of America

                    v.                          Criminal No.
                                                13-cr-18-01-JL

Chanel Martinez-Amador



ORDER

Re: Document No. 16, Motion for Leave to File Motion to Dismiss

Ruling: Denied. Pro se motion denied without prejudice as procedurally improper.  "A district court enjoys wide latitude in managing its docket and can require represented parties to present motions through counsel." United States v. Tracy, 989 F.2d 1279, 1286 (1st Cir. 1993), cert. denied, 513 U.S. 1031 (1994). The court will accept no further pro se filings by the defendant so long as he is represented by counsel.  Defendant's counsel is directed to file, under his signature, all future filings with the court. That said, the court is surprised that neither the prosecutor nor defense counsel made any filing to assist the court in any way with respect to this motion, and requests that they do so in the future.



Date:  May 28, 2013                 /s/ Joseph N. Laplante
                                    Joseph N. Laplante
                                    Chief Judge


cc:  Jonathan Saxe, Esq.
     Alfred Rubega, Esq.
     Chanel Martinez-Amador
     U. S. Marshal
     U. S. Probation